# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LEON WATTS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>**Defendants.** | **CASE NO. 1:21-cv-00814-AWI-SAB (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION TO PROCEED INFORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE WITHIN THIRTY DAYS**<br><br>(Doc. No. 20) |

Plaintiff Michael Leon Watts is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On June 16, 2021, findings and recommendation were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis under 28 U.S.C. § 1915(g) and be required to pay the $402.00 filing fee in full for this action. Doc. No. 20. Plaintiff has not filed objections and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendation are supported by the record and proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation (Doc. No. 20) entered on June 16, 2021, are ADOPTED in full;

2. Plaintiff is DENIED leave to proceed in forma pauperis with this case under 28 U.S.C. § 1915(g);

3. Within thirty days of the date of service of this order, Plaintiff is required to PAY the $402.00 filing fee in full for this action; and

4. Plaintiff's failure to comply with this order shall result in this case being dismissed without further notice.

IT IS SO ORDERED.

Dated:   July 19, 2021

SENIOR DISTRICT JUDGE

2