UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LEON WATTS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>**Defendants.** | **CASE NO. 1:21-cv-00814-AWI-SAB (PC)**<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE**<br><br>(Doc. No. 12) |

Plaintiff Michael Leon Watts is proceeding pro se in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On June 16, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's application to proceed in forma pauperis be denied and that he be required to pay the $402.00 filing fee in full to proceed with this action. Doc. No. 20. On July 19, 2021, the undersigned adopted those findings and recommendations, denied Plaintiff's motion to proceed in forma pauperis, and ordered Plaintiff to pay the $402.00 filing fee in full within thirty days. Doc. No. 21. Plaintiff was cautioned that his failure to comply with that order would result in this case being dismissed without further notice. Id. at 2. Plaintiff has not paid the filing fee and the time to do so has now passed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, because of Plaintiff's failure to pay the required filing fee;

2. All pending motions are DENIED as moot; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 31, 2021                     _____
                                              SENIOR DISTRICT JUDGE